James Prenderville, Jr., an Infant, by James Prenderville, His Guardian ad Litem, Respondent, v. Coney Island and Brooklyn Railroad Company, Appel-

* See 132 App. Div. 936.— [REP.

lant.— Motion granted, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.